# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

**ROBERT EDWIN TOLER,**  **CASE NO. 5:19-bk-50012**
                         **CHAPTER 7**

   **Debtor.**

## NOTICE OF APPEARANCE

Josef A. Horter with the Law Firm of Bailey & Wyant, PLLC files his Notice of

Appearance on behalf of TD Auto Finance LLC as additional counsel of record for the Creditor.

                                         **TD AUTO FINANCE,**
                                         **By Counsel,**

 **/s/ Josef A. Horter**
**Josef A. Horter (WV Bar #1790)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
jhorter@baileywyant.com

**IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE:

**ROBERT EDWIN TOLER,**  **CASE NO. 5:19-bk-50012**
 **CHAPTER 7**

   Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of May 2019, the foregoing was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notice in this matter and via regular mail to:

Robert Edwin Toler
P. O. Box 139
Glen Fork, WV 25845

  **/s/ Josef A. Horter**
**Josef A. Horter (WV Bar #1790)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
jhorter@baileywyant.com